# UNITED STATES DISTRICT COURT
Western District of Washington

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| Romaro Hayes | Case Number: CR11-30JLR |
| | USM Number: 40713-086 |
| | Timothy Lohraff |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilty to violation(s) **1 to 4** of the petitions dated 01/23/2018 and 06/22/2018.

☐ was found in violation(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these offenses:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | Using heroin on or about November 22, 2017. | 11/22/2017 |
| 2. | Failing to report for drug testing on December 6, December 11, December 14, December 21, December 28, 2017, January 3, January 11, and January 16, 2018 | 01/16/2018 |
| 3. | Failing to report as directed on January 22, 2018 | 01/22/2018 |
| 4. | Committing the crime of attempted violation of the uniform controlled substance act-heroin, on or before April 16, 2018 | 04/16/2018 |

The defendant is sentenced as provided on page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

STEPHEN HOBBS
Assistant United States Attorney

June 28, 2018
Date of Imposition of Judgment

Signature of Judge

James L. Robart, United States District Judge
Name and Title of Judge

28 June 2018
Date

DEFENDANT: **Romaro Hayes**
CASE NUMBER: **CR11-30JLR**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: __Seven months and two weeks.__

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____.
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on _____.
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

### RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL